UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEVEN RAMIREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-299 |
| | § | |
| BOBBY GALVAN, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Jason B. Libby's Memorandum and
Recommendation (M&R), entered on November 20, 2019. (D.E. 6). The M&R
recommends that the Court dismiss this action for want of prosecution.

The parties were provided proper notice of, and the opportunity to object to, the
Magistrate Judge's M&R.[1] *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order
No. 2002-13. No objection has been filed. When no timely objection has been filed, the
district court need only determine whether the magistrate judge's memorandum and
recommendation is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d
1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A.
H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate
Judge, the filings of the parties, the record, and the applicable law, and finding that the
M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its

---

[1] Petitioner's mail was returned as undeliverable several times. As a party, he is required to keep the Court
apprised of his current address at all times and has failed to do so.

entirety. (D.E. 6). Accordingly, this case is **DISMISSED without prejudice** for want of prosecution.

SIGNED and ORDERED this ___ 12th day of February 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE